ANDERSON *v.* THE STATE.

FISH, C. J. No complaint is made that any error was committed on the trial. The evidence though conflicting, authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 2537. JANUARY 11, 1922.

Indictment for murder. Before Judge Wright. Floyd superior court. March 12, 1921.

*Harris & Harris,* for plaintiff in error.

*R. A. Denny, attorney-general, E. S. Taylor, solicitor-general, Graham Wright, asst. atty.-gen.,* and *J. F. Kelly,* contra.